IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN re KOCH v. HANKINS JUDGMENT
CREDITOR TRUST,

        Debtor,

FLOYD KOCH, et al.,

        Plaintiffs

v.

EDWARD HANKINS, et al.,

        Defendants

                                  /

No. C 06-07104 JSW

**ORDER TO SHOW CAUSE AS TO WHY APPEAL SHOULD NOT BE DISMISSED AS MOOT**

      On October 5, 2006, Carlon Properties, Inc. ("Carlon"), filed a notice of appeal from the decision of the Bankruptcy Court to transfer an adversary proceeding to the proceeding to the District of Arizona. Carlon also filed a motion for leave to appeal the Bankruptcy Court's interlocutory order. On November 16, 2006, the matter was assigned to this Court. Although the motion for leave to appeal is still pending, this Court's review of the docket in the Arizona case shows that Carlon's motion to dismiss the petition was granted on October 24, 2006.

      Accordingly, Carlon is HEREBY ORDERED TO SHOW CAUSE why this appeal should not be dismissed as moot. Carlon's response shall be due to the Court by no later than May 11, 2007. That deadline shall be vacated if a voluntary dismissal of the appeal is filed by that date.

**IT IS SO ORDERED.**

Dated: April 26, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE