IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re KOCH v. HANKINS JUDGMENT CREDITOR TRUST,<br><br>    Debtor,<br><br>FLOYD KOCH, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>EDWARD HANKINS, et al.,<br><br>    Defendants<br>_____/ | No. C 06-07104 JSW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On October 5, 2006, Carlon Properties, Inc. ("Carlon"), filed a notice of appeal from the decision of the Bankruptcy Court to transfer an adversary proceeding to the proceeding to the District of Arizona. Carlon also filed a motion for leave to appeal the Bankruptcy Court's interlocutory order. On November 16, 2006, the matter was assigned to this Court, and designated as an e-filing case.

On April 26, 2007, the Court issued an Order to Show Cause as to why this appeal should not be dismissed as moot, in light of the fact that the docket in the Arizona case shows that Carlon's motion to dismiss the petition was granted on October 24, 2006. However, it appears that neither counsel for Carlon nor counsel for Koch ever registered with the Court's e-filing program. As a result, it is not clear to this Court that counsel were served with the Order to Show Cause dated April 26, 2007.

Accordingly, Carlon is HEREBY ORDERED TO SHOW CAUSE as to why this appeal should not be dismissed as moot. Carlon's response to the Court shall be due by May 23, 2007. That deadline shall be vacated if a voluntary dismissal of the appeal is filed by that date. The Clerk is hereby directed to serve a copy of this Order on counsel for Carlon and on counsel for Koch by United States Mail.

**IT IS SO ORDERED.**

Dated: May 11, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

2